UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | ) Case No.: 1:19-cv-01010-SAB (PC)<br>)<br>) ORDER GRANTING DEFENDANTS' MOTION<br>) TO CONTINUE THE SETTLEMENT<br>) CONFERENCE<br>)<br>) (ECF No. 24)<br>)<br>)<br>) |

　　　　Plaintiff Eddie Hamilton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion to continue the settlement conference currently scheduled for May 28, 2020.

　　　　Good cause having been presented, it is HEREBY ORDERED that the settlement conference is continued to **September 24, 2020**, at 9:30 a.m.

IT IS SO ORDERED.

　　Dated:　__**May 26, 2020**__　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1