# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01010-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO DISMISS WITHIN SEVEN DAYS<br><br>[ECF No. 27] |

　　　Plaintiff Eddie Hamilton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On August 14, 2020, Plaintiff filed a motion to dismiss this action. (ECF No. 27.)

　　　Subject to exceptions not applicable here, a Plaintiff may voluntarily dismiss an action without a court order by filing:

　　　(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

　　　(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Before Plaintiff filed the notice of voluntary dismissal, Defendants filed an answer.  (ECF No. 20.)  Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i).  However, Defendants may stipulate to dismissal pursuant to Rule 41(a)(1)(A)(ii).  Should Defendants

decline to stipulate, the Court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that Defendants shall have **seven (7)** days to file and serve a stipulation to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii),[1] or to otherwise respond to Plaintiff's motion to dismiss.

IT IS SO ORDERED.

Dated:   **August 17, 2020**

UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants so stipulate, the Court will construe the parties' filings as a stipulation for voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii).

2